GOLDSMITH & HULL. A P.C./93275
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VIVIAN VALENCIA AKA VIVIAN V. HILL

Defendant(s)

**No. CV99-10326**

**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE FCI LENDER SERVICE INC.**

TO GARNISHEE FCI LENDER SERVICE INC., ATTN.: PAYROLL DEPARTMENT 8180 E. KAISER BLVD ANAHEIM CA 92808.

An application for a Writ of Continuing Garnishment against the property of defendant/judgment debtor VIVIAN VALENCIA AKA VIVIAN V. HILL, has been filed with this Court as to Garnishee FCI LENDER SERVICE INC.

On MAY 04, 2000, judgment was entered in the United States District Court Central District of California in the amount of $5,136.93, in Favor of UNITED STATES OF AMERICA and against VIVIAN VALENCIA AKA VIVIAN V. HILL, credits were given for payments and partial satisfactions in the amount of $1,100.00 which were

credited first against the total accrued post judgment interest, with any excess credited against the Judgment as entered, leaving a net balance of $11,947.02 actually due on this Judgment as of August 23, 2017 is $11,947.02, plus daily interest of 1.91.

The name and address of Garnishees and/or Garnishees' authorized agent is:

FCI LENDER SERVICE INC.
ATTN.: PAYROLL DEPARTMENT
8180 E. Kaiser Blvd
Anaheim CA 92808

The address for plaintiff is:

GOLDSMITH & HULL, A P.C. 16933 Parthenia Street, Suite 110
Northridge, CA 91343

Defendant's Social Security Number is: XXX-XX-4789.

The last known address of Defendant is: 220 W. Central Ave #210 Brea CA 92808

Counsel for plaintiff:

Michael L Goldsmith, Esq.
Goldsmith & Hull, A P.C.
16933 Parthenia Street, Suite 110 Northridge, CA 91343

TO THE ABOVE-NAMED GARNISHEE:

YOU AND YOUR SUCCESSORS AND ASSIGNS SHALLWITHHOLD AND RETAIN ANY PROPERTY IN WHICH THE DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST AND FOR WHICH YOU ARE OR MAY BECOME INDEBTED TO THE JUDGMENT DEBTOR PENDING FURTHER ORDER OF THE COURT.

GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

1. Whether Garnishee has custody, control or possession of any property of Defendant [including but not limited to non-exempt disposable earnings];
2. What is a description of the property and the value thereof;
3. Whether Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and
4. Whether Garnishee anticipates owing any debt to Defendant in the future, and whether the period for payment will be weekly or other specified period.

GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 312 North Spring Street, Los Angeles, California 90012. Additionally, you are required to serve a copy of the answer on Defendant VIVIAN VALENCIA AKA VIVIAN V. HILL, and also on the attorney for plaintiff Goldsmith & Hull, A P.C. 16933 Parthenia Street, Suite 110 Northridge, CA 91343.

If no objection to the answer of Garnishee is filed, and no request for hearing is received by the court within 20 days from either the Defendant or the Plaintiff, Garnishee should release those properties directly to Plaintiff/Judgment Creditor. Payments and Properties hereafter collected shall be payable to **U.S. DEPARTMENT OF JUSTICE**. And should be sent to **U.S. DEPARTMENT OF JUSTICE, NCIF P.O. BOX 790363 ST. LOUIS, MO 63179-0363**, using file No. **1999B03022** as reference number on the check or other forms of payments.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE PLAINTIFF MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF

THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is continuing in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED: ____________________, 2017.

KIRY K. GRAY
CLERK, UNITED STATES DISTRICT COURT

__________________________________
BY: DEPUTY CLERK